### 39907. GLOVER v. GLOVER et al.

PER CURIAM.

Appellant has not followed the appeal procedures required by law in domestic relations cases (Ga. Laws 1979, p. 619; OCGA § 5-6-35; Code Ann. § 6-701.1).

*Appeal dismissed. All the Justices concur.*

DECIDED MAY 24, 1983 —
REHEARING DENIED JUNE 15, 1983.

*Franklin E. Remick,* for appellant.
*William D. Lindsey,* for appellees.